JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE ROBERT C. RAINS PETITIONS TO QUASH | Case No. MC 17-74-DMG (MRWx)<br><br>**JUDGMENT** |

On May 14, 2018, this Court granted Respondent United States of America's ("Respondent's") motions to dismiss and denied the Petitions to Quash the Summonses Issued to Erica Boyle, Todd Tillman, and Hugh Frederic Bergamo.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that judgment is entered in favor of Respondent and against Petitioners Robert C. Rains and Renee Rains.

DATED: May 23, 2018

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE